ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Eleven Bravo Group, LLC | ) ASBCA No. 63932 |
| | ) |
| Under Contract No. W911SG-23-C-0015 | ) |

APPEARANCE FOR THE APPELLANT:      Mr. Shelbry Jones
                                    President

APPEARANCES FOR THE GOVERNMENT:   Dana J. Chase, Esq.
                                    Army Chief Trial Attorney
                                    MAJ Joshua A. Reyes, JA
                                    MAJ Brandon P. Mark, JA
                                    Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 8, 2026

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63932, Appeal of Eleven Bravo Group, LLC, rendered in conformance with the Board's Charter.

Dated: April 8, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals